**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE VILLAVERDE GONZALEZ,<br>Petitioner,<br><br>v.<br><br>SECRETARY MARKWAYNE MULLIN, et al.,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:26-cv-08641-JLS |

**ORDER**

**AND NOW**, this 17th day of November 2026, upon consideration of Jose Villaverde Gonzalez's Petition for Writ of Habeas Corpus (ECF No. 1) and the response thereto, and for the reasons set forth in *Mercado Marin* v. *Mullin*, No. 26-8635 (E.D. Pa. November 16, 2026) (Henry, J.) (granting habeas relief); *Tenezaca-Bacacela v. Jamison,* No. 26-7617, ECF No. 10 (E.D. Pa. Oct. 16, 2026) (Schmehl, J.) (granting habeas relief); *Parrella v. Jamison*, No. 26-7038, 2026 WL 2884454, ECF No. 9 (E.D. Pa. Sept. 23, 2026) (Schmehl, J.) (granting habeas relief), it is hereby **ORDERED** that the Petition is **GRANTED**. It is further **ORDERED** as follows:

1. Respondents shall immediately release Jose Villaverde Gonzalez from custody.

2. In doing so, Respondents shall not subject Jose Villaverde Gonzalez to any conditions of release including the imposition of any and all GPS monitoring technology or devices that he was not subject to before his current detention.

3. Respondents shall return Jose Villaverde Gonzalez's personal property that they seized during his arrest and detention including his personal identification and documents.

4. Respondents shall certify compliance with this order by filing proof of Jose Villaverde Gonzalez's release and stating the time and manner of release on the docket no later than 5:00 P.M. E.S.T. on November 18, 2026.

5. Respondents are temporarily enjoined from re-detaining Jose Villaverde Gonzalez for seven days following his release from custody.

6. If, after the seven-day period, Respondents choose to pursue re-detention of Jose Villaverde Gonzalez, they must demonstrate through constitutionally adequate procedures that detention is authorized and warranted, including an individualized custody determination and a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

7. The Clerk shall close this case.

**BY THE COURT:**

*<u>/s/ Jeffrey L. Schmehl</u>*
**JEFFREY L. SCHMEHL**
**United States District Court Judge**